UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| KATHLEEN LAWRENCE,<br><br>        **Plaintiff,**<br><br>v.<br><br>**CREDENCE RESOURCE MANAGEMENT, LLC**<br><br>        **Defendant.**<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)   **Case No. 6:21-cv-00819-MK**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Defendant, Credence Resource Management, LLC ("Credence"), by and through undersigned counsel, hereby provides notice to the Court that the Parties have reached a settlement agreement in the above-titled case and are presently finalizing and executing the settlement and dismissal documents. Within 60 days, the parties will file the appropriate dismissal documents with the Court. This Notice was shared with and approved by counsel for plaintiff prior to filing.

Dated: January 20, 2022               Respectfully Submitted,

                                                             */s/ Michael D. Alltmont. Esq.*
                                                             Michael D. Alltmont, Esq.
                                                             Sessions, Israel & Shartle, LLC
                                                             3850 N. Causeway Blvd., Suite 200
                                                             Metairie, LA 70002
                                                             Telephone: (504) 828-3700
                                                             Facsimile: (504) 828-3737
                                                             Email: malltmont@sessions.legal
                                                             *Attorney for Defendant,*
                                                             *Credence Resource Management LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2022 a copy of the foregoing was served electronically via CM/ECF on the following:

| | |
|---|---|
| James L. Davidson, Esq. | Kenneth P. Dobson, Esq. |
| Greenwald Davidson Radbil, PLLC | Landlaw |
| 7601 N. Federal Hwy., Suite A-230 | 324 Abernathy Street |
| Boca Raton, FL  33487 | Portland, OR  97239 |

*/s/ Michael D. Alltmont*
 Michael D. Alltmont, Esq.