IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHLEEN LAWRENCE,

                        Plaintiff,

    v.

CREDENCE RESOURCE MANAGEMENT, LLC,

                      Defendant.

6:21-cv-00819-MK

JUDGMENT

Based on the Stipulated Notice of Voluntary Dismissal (ECF No. 20), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice and with each side to bear its own costs and attorneys' fees.

Pending motions, if any, are denied as moot. All pretrial deadlines, hearings, and any trial date are stricken.

Dated this 10th day of March 2022.

                                                                    MELISSA AUBIN
                                                                    Clerk of Court

                                                                    By:    /s/ J. Klein
                                                                            Deputy Clerk